## Wash v. Noel.

(Decided September 25, 1913).

### Appeal from Franklin Circuit Court.

Appeal—What Not Final Order.—An order overruling a demurrer to
an answer, but not disposing of the action, is not final.

J. HUNT JACKSON for appellant.

POLSGROVE & GAINES for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
Dismissing appeal.

This is an appeal by the plaintiff in the action from
an order of the court overruling his demurrer to the
defendant's answer. Such an order is interlocutory, not
final. Alexander v. DeKermel, 81 Ky., 345. No judgment
having been entered disposing of the action the appeal
must be dismissed and it is so ordered.

Appeal dismissed.